WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
   Attorney for Plaintiff

FILED'06 APR 06 08:44USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**STEPHANIE CARROLL,**                          CV # 05-364-KI

   Plaintiff,

vs.                                                                 ORDER

**COMMISSIONER of Social Security,**

   Defendant.

---

   Attorney fees in the amount of $5,000.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address, above.

DATED this __5__ day of __April__, 2006.

                                              _____
                                              United States District Judge

Submitted on March 23, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
   Attorney for Plaintiff

ORDER - Page 1